MERWIN SNIFFEN, *Respondent, v.* PHOEBE JANE SNIFFEN, *Appellant, Impleaded, etc.* — Appeal withdrawn.

WILLIAM F. G. SHANKS, *Respondent, v.* SINCLAIR TOUSEY, *as President, etc., Appellant* — Judgment affirmed, with costs. Opinion by GILBERT, J.

ELIZABETH WELSH, *Appellant, v.* JOHN T. WILSON, *Respondent.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; DYKMAN J., dissenting.

WILLIAM B. FORREST, *Appellant, v.* THE EDWIN FORREST HOME, *Respondent, Impleaded, etc.* — Judgment reversed and new trial granted, costs to abide event. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

JOHN CLARE, *Respondent, v.* THE BROOKLYN CITY RAILROAD COMPANY, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

JOHN CLARE, *Appellant, v.* THE BROOKLYN CITY RAILROAD COMPANY, *Respondents.* — Order refusing extra allowance reversed, and allowance of $500 made.

JAMES W. MURPHY, *an Infant, etc., Appellant, v.* JOHN C. ORR and others, *Respondents.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOSEPH H. VAN WINKLE and others, *Respondents, v.* JOHN FLOWER and JOHN E. ELDRED, *Appellants.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

LEOPOLD KNUPFLE, *as Administrator, etc., Appellant, v.* THE KNICKERBOCKER ICE COMPANY, *Respondent.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by GILBERT, J.

JOHN BURNSIDE, *Respondent, v.* HUGH McCROSSAN, *Appellant.* — Judgment affirmed, with costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

SAMUEL M. PETTINGILL, *Appellant, v.* ALFRED S. BARNES, *Respondent.* — Judgment and order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

ROBERT BEALES, *Appellant, v.* JAMES LYONS, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Order of reference vacated. Opinion by BARNARD, P. J.

WILLIAM H. B. TOTTEN, *Respondent, v.* ABRAHAM L. SPRAGUE and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

GEORGE HENDERSON, *by Guardian, Respondent, v.* SAMUEL SMITH, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.

HORACE DODD, *Administrator, etc., Appellant, v.* JOSEPH NEILSON, *Administrator, etc.*